IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

JAN 29 2025

FILED

| | |
|---|---|
| VANITABEN RAJUBHAI PATEL, | * |
| Plaintiff, | * |
| v. | * CV 424-129 |
| ALEJANDRO MAYORKAS, Director for USCIS, and the United States, | * |
| Defendants. | * |

O R D E R

Before the Court is Plaintiff's notice of voluntary dismissal. (Doc. 5.) Plaintiff filed the motion before Defendants file an answer or motion for summary judgment, so the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

**IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA